United States District Court
For the District of Delaware



FILED
MAR 0 8 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE  RG
Scanned

## Acknowledgement of Service Form
## For Service By Return Receipt

Civil Action No. 06-84 SLR

Attached below is a return receipt card reflecting proof of service upon the named party on the date show.

---

06-84-SR

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

WARDEN TOM CARROLL
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK RD.
SMYRNA, DE 19977

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Beatrice Oney   ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Beatrice Oney    C. Date of Delivery: 3/7/06

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)    7005 1820 0004 3169 5100

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540