IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MICHAEL A. BENSON, | ) |
| Petitioner, | ) ) ) |
| v. | ) Civ. No. 06-84-SLR ) |
| THOMAS CARROLL, Warden, and M. JANE BRADY, Attorney General of the State of Delaware, | ) ) ) ) ) ) |
| Respondents. | ) |

**O R D E R**

At Wilmington this 29th day of March, 2006;

IT IS ORDERED that:

Petitioner Michael A. Benson's motion for representation by counsel is DENIED as moot. (D.I. 4) The court dismissed petitioner's habeas petition on February 28, 2006. See (D.I. 3)

                                         /s/ Sue L. Robinson
                                         UNITED STATES DISTRICT JUDGE